UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEN Y. CHIANG,<br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC, TRANSUNION CREDIT<br>INFORMATION and EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>    Defendants | CIVIL ACTION NO. |

## COMPLAINT AND JURY CLAIM

### The Parties

1. The Plaintiff, Wen Y. Chiang ("Chiang"), resides at 68 California St, Watertown, MA 02472.

2. Defendant Equifax Information Services, LLC is a credit reporting agency ("CRA") with offices at 1550 Peachtree, Atlanta, Georgia, 30309.

3. Defendant TransUnion Credit Information is a CRA with offices at 555 West Adams Street, Chicago, Illinois 60661.

4. Defendant Experian Information Solution, Inc. is a CRA with offices at 701 Experian Parkway, Allen, Texas 75013-0036.

### Facts

5. In December 2006, Chiang filed a complaint against MBNA (a Bank of America Company) and FIA Card Services, N.A. in U.S. District Court in Boston (Civil No. 06-12258-PBS), alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681a-2(b).

6. Chiang had sent several written disputes to all three CRAs regarding his account ending in 9211.

7.    The defendants in that action took the depositions of the most knowledgeable person of each CRA.

8.    At these depositions, the three CRA representatives testified that certain written disputes sent by Chiang to each CRA should have been sent to the defendant bank who was reporting on Chiang's account ending in 9211. The defendants in that action stated that they did not receive the required notifications from the CRAs.

9.    These three credit reporting agencies failed to send Chiang's written disputes to the defendant bank reporting his account.

10.   These representatives of the CRAs submitted false and misleading affidavits to the Court which resulted in the allowance of summary judgment in favor of the defendants in that action.

11.   In that action, Chiang had obtained Court orders requiring the three CRAs to produce specific documents relating to Chiang's claims.

12.   The three CRAs violated the Court orders by failing to produce the documents ordered by the Court.

13.   Chiang filed motions for contempt against these three CRAs for violation of the Court orders. The Court did not rule of these motions before entering the summary judgment for the defendants in that case. Chiang appealed the summary judgment to the Court of Appeals, that affirmed the judgement by the District Court, due, in part, to the false deposition testimony and false affidavits of the representatives of the three CRAs.

14.   In November 2008, Chiang filed a complaint against Bank of America, MBNA America Bank and FIA Card Services in U.S. District Court in Boston (Civil No. 08-11908 RWZ), alleging violations of the Fair Credit Reporting Act regarding his account ending in 6419 and regarding additional negative reporting on his account ending in 9211.

15.   Chiang filed motions for Court orders against all three CRAs to direct each CRA to produce specific documents relating to Chiang's claims. The Court issued these orders and Chiang sent the applicable order to each CRA.

16.   All three CRAs violated the Court orders by failing to produce the documents ordered by the Court.

17.   Chiang has filed motions for contempt against the three CRAs, but the Court has not acted on these motions.

### Violations of 15 U.S.C. § 1681i(a)(2)(A)

18.   When a consumer disputes credit reporting information to a CRA, the CRA must advise the furnisher of that data that a dispute exists and provide the furnisher with "all relevant information

regarding the dispute that the agency has received from the consumer. 15 U.S.C. § 1681i(a)(2)(A).

19. In Chiang's 2006 civil action, the three CRAs violated § 1681i(a)(2)(A) by failing to notify the defendants in that action of Chiang's disputes and by failing to provide those defendant with all relevant information that the CRAs had received from Chiang. Chiang learned of these violations by the CRAs in May 2009, when the defendants in that action completed their depositions of the CRA representatives.

20. In the 2008 civil action, the three CRAs violated § 1681i(a)(2)(A) by failing to notify the defendants in that action of Chiang's disputes and by failing to provide those defendant with all relevant information that the CRAs had received from Chiang.

21. As a result of these violations by the CRAs, Chiang has suffered damages including damage to his credit file, inability to obtain loans or credit, out of pocket expenses, loss of income from contracts and loss of income from this residential constructions jobs. Chiang's damages relating to his 2006 case are $120,000.00 and his damages relating to his 2008 case are $70,000.00.

WHEREFORE, Plaintiff Wen Y. Chiang demands judgment against Defendant Equifax Information Services, LLP and/or against Defendant TransUnion and/or Defendant Experian for monetary damages, interest, costs, attorney's fees and such additional relief as the Court deems just and reasonable.

By Plaintiff's Attorney,

_____
DEAN CARNAHAN
BBO #074580
LAW OFFICES OF DEAN CARNAHAN
51 Newcomb Street
Arlington, MA 02474
(781) 641-2825

Dated: September 29, 2010