IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEN Y. CHIANG<br><br>     Plaintiff,<br><br>- against –<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>TRANSUNION  CREDIT INFORMATION,<br>AND<br>EXPERIAN INFORMATION SOLUTIONS<br>INC.,<br><br>     Defendants. | No. 10-cv-11663 (RWZ)<br><br>Electronically filed |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby identifies, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the following listed parties:

1. Parent Companies:  The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a)   First American Real Estate Solutions, LLC

    (b)   First American Real Estate Solutions II, LLC

    (c)   Vehicle Title, LLC

    (d)   Central Source LLC

    (e)   Online Data Exchange LLC

    (f)   New Management Services LLC

    (g)   VantageScore Solutions LLC

      (h)     Opt-Out Services LLC

3.    Publicly Held Companies:  Experian plc owns 100 percent of Experian.  Experian plc is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated: November 9, 2010	Respectfully submitted,

/s/ Robert S. White
Robert S. White, BBO #552225
Bourgeois, Dresser, White & McGourthy, LLP
4 Dix Street
Worcester, MA 01609
Tel: (508) 798-8801
E-mail: rsw@bdwlaw.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of November 9, 2010.

/s/ Robert S. White
Robert S. White

NYI-4323297v1