UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEN Y. CHIANG,<br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; TRANS UNION CREDIT INFORMATION; EXPERIAN INFORMATION SOLUTIONS, INC.,<br>    Defendants | CIVIL ACTION NO.<br>10-CV-11663-RWZ |

## JOINT PRE-TRIAL SCHEDULE PROPOSAL

The parties submit this proposed Pre-Trial Schedule.

**A.**  **Proposed Joint Discovery Plan**

The parties propose the following discovery schedule:

1. The parties will make initial disclosures by December 17, 2010.

2. Discovery will be conducted in phases. Fact discovery will commence immediately and be completed by May 31, 2011. Expert discovery will commence on June 1, 2011 and be completed by July 30, 2011.

3. The parties expect to be able to conform to the discovery limits set forth in F.R.Civ.P. 26(b).

4. The parties will notify each other no later than April 30, 2011 of their intentions with respect to expert witnesses and the parties will then determine if any changes to the discovery schedule will be required and, if so, to file an appropriate motion with the Court.

**B.**     **Motions**

1.     All motions to amend or supplement the pleadings pursuant to F.R.Civ.P. 15, and all motions to join additional parties pursuant to F.R.Civ.P. 19 and 20, shall be brought as soon as practicable, but not later than January 15. 2011, except for good cause shown.

2.     Motions for summary judgment shall be filed by August 31, 2011. Oppositions shall be filed within 30 days of service.  Replies to oppositions may be filed within 10 days of service of oppositions and are limited to 10 pages.  Sur-replies to replies may be filed within 10 days of service of replies and are limited to 10 pages.

**C.**     **Trial by Magistrate Judge**

Pursuant to Local Rule 16.1(B)(3), the parties have considered whether they will consent to trial by a Magistrate Judge and are unwilling to do so at this time.

**D.**     **Alternative Dispute Resolution**

The parties have considered the options for alternative dispute resolution programs set forth in Local Rule 16.4 and at this time do not agree to any form of alternative dispute resolution.

**E.**     **Settlement**

Plaintiff has made a settlement proposal to Defendants

**F.**     **Certification Under Local Rule 16.1(D)(3)**

Certifications under Local Rule 16.1(D)(3) will be submitted prior to the conference.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

| | |
|---|---|
| WEN Y. CHIANG | EQUIFAX INFORMATION SERVICES LLC. |
| By his Attorney, | By its Attorneys, |

/s/ Dean Carnahan
Dean Carnahan, BBO #074580
Law Offices of Dean Carnahan
51 Newcomb Street
Arlington, MA  02474
(781) 641-2825
E-mail:  ddcarnahan@rcn.com

/s/ K. Ann Broussard
K. Ann Broussard
King & Spaulding LLP
1180 Peachtree Street NE
Atlanta, GA  30309-3521
(404) 215-5725
E-mail:  ABroussard@KSLAW.com

/s/ Katherine S. Kayatta
Katherine S. Kayatta, BBO #675387
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, MA  02108-4404
(617) 557-5900
E-mail:  kkyatta@rc.com

| | |
|---|---|
| TRANS UNION CREDIT INFORMATION | EXPERIAN INFORMATION SOLUTIONS, INC., |
| By its Attorneys, | By its Attorneys, |

/s/ Bruce S. Luckman
Bruce S. Luckman
Kogan, Trichon & Wertheimer
1818 Market Street, 30th Floor
Philadelphia, PA  19103
(215) 575-7622
E-mail:  bluckman@ktwlaw.com

/s/ George E. Spencer
George E. Spencer
Jones Day
222 E. 41th Street
New York, NY  10017
(212) 326-7897
E-mail:  gspencer@jonesday.com

<div style="display: flex;">

/s/ Mardic Marashian_____
Mardic Marashian, BBO #548607
Bonin & Marashian
77 Franklin Street, 4th Floor
Boston, MA  02110-1510
(617) 723-2525
E-mail: mardic@boninmarashian.com

/s/ Robert S. White_____
Robert S. White, BBO #552229
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA  01609
(508) 798-8801
E-mail: rsw@bdwlaw.com

</div>

Date:  November 30, 2010

B-2431-JPS2