**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                                    )
WEN Y. CHIANG,                            )
                                                    )
        Plaintiff,                               )
                                                    )          CIVIL ACTION NO.
v.                                                  )          1:10-CV-11663-RWZ
                                                    )
EQUIFAX INFORMATION SERVICES      )
LLC; TRANS UNION CREDIT              )
INFORMATION; EXPERIAN                )
INFORMATION SOLUTIONS, INC.,      )
                                                    )
        Defendants.                           )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff Wen Y.

Chiang, and Defendant Equifax Information Services LLC ("Equifax"), through its counsel, that

any and all claims of the Plaintiff against Defendant Equifax are hereby dismissed with

prejudice.  The parties further stipulate that the effect of this Stipulation will be to dismiss the

entire action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized

and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto,

and to make all such orders and judgments which may be necessary and proper to dismiss the

above-titled action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this

stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each

respectively in connection with said action.

**PLAINTIFF, WEN Y. CHIANG**

/s/ Wen Y. Chiang
*For Himself, with the Advice and Consent of Counsel*
Wen Y. Chiang
68 California Street
Watertown, MA 02472

**EQUIFAX INFORMATION SERVICES LLC**
by its attorneys,

/s/ Katherine S. Kayatta
Katherine S. Kayatta
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, Massachusetts  02108-4404
T: 617-557-5935 / F: 617-557-5999
Kkayatta@rc.com

Dated:  June 20, 2012

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                          )
WEN Y. CHIANG,                            )
                                          )
        Plaintiff,                        )
                                          )        CIVIL ACTION NO.
v.                                        )        1:10-CV-11663-RWZ
                                          )
EQUIFAX INFORMATION SERVICES              )
LLC; TRANS UNION CREDIT                   )
INFORMATION; EXPERIAN                     )
INFORMATION SOLUTIONS, INC.,              )
                                          )
        Defendants.                       )
_____)

## O R D E R

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, Wen Y. Chiang, against Defendant EQUIFAX INFORMATION SERVICES LLC, be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This ___ day of June, 2012.


                        _____
                        UNITED STATES DISTRICT COURT JUDGE

3

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing **STIPULATION OF DISMISSAL AND ORDER** was transmitted via operation of the CM/ECF or mailed via U.S. Mail, postage prepaid, to all non-registered participants.

Dated this 20th day of June, 2012.

/s/ Katherine S. Kayatta

Katherine S. Kayatta