UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEN Y. CHIANG,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; TRANS UNION CREDIT INFORMATION; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:10-CV-11663-RWZ |

## ORDER

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, Wen Y. Chiang, against Defendant EQUIFAX INFORMATION SERVICES LLC, be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This 21st day of June, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE